AUSA: Douglas Salzenstein  Telephone: (313) 226-9100
Task Force Officer: Joshua Scott  Telephone: (313) 202-3400

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| United States of America | |
|---|---|
| v. | Case: 2:23−mj−30001 |
|  | Assigned To : Unassigned |
| Dawone COOK | Assign. Date : 1/5/2023 |
|  | CMP: USA v COOK (MAW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 3, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Task Force Officer Joshua Scott - ATF
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 5, 2023__

_____
Judge's signature

City and state: __Detroit, Michigan__

Honorable Elizabeth Stafford, U.S. Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer Joshua Scott, being duly sworn, do hereby state the following:

## INTRODUCTION

1.  I am a Task Force Officer "TFO" with the Detroit Police Department and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been since February 2020. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2.  I have received extensive training at and successfully graduated from the Detroit Police Training Academy as a Police Officer. I have worked the streets for 2 years including a year of routine patrol and a year in the 5th precinct special operations unit.

3.  During my time in law enforcement, I have participated in numerous criminal investigations, involving firearms crimes, armed drug tracking violations, and offenses by criminal street gangs, among others. In addition, I have utilized a variety of investigative techniques and resources as a Task Force Officer, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources. Through these investigations, my training and

1

experience, and conversations with other agents and other law enforcement personnel, I have become familiar, not only with firearms violations, but also with methods used by gang members and drug traffickers to smuggle and safeguard controlled substances, to distribute controlled substances, and to collect, launder, hide, disguise or conceal related proceeds.  I am familiar with methods employed by gang members and large narcotics organizations to attempt to thwart any investigation of their criminal activity.  These tactics, employed in part to evade law enforcement, include their criminal use of and association with: multiple residences, multiple cellular phones, counter surveillance, smuggling schemes, false or fictitious identities, coded communications and conversations and the use of firearms to ensure facilitation of the illegal activity.

4. The statements contained in this affidavit are based, in part, on my review of written police reports by the Detroit Police Department, from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents and/or communications with others who have personal knowledge of the events and circumstances described herein, information obtained from other agents and my training and experience. This affidavit also includes information provided to me by and/or through other law enforcement agents, investigators and individuals with knowledge of this matter, my investigation, and the review of documents.

## BACKGROUND OF INVESTIGATION

5. This affidavit establishes probable cause that Dawone COOK (Date of Birth XX/XX/1999) knowingly and intentionally possessed a firearm while being a prohibited person in violation of 18 U.S.C. § 922(g). This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all details or facts that exist pertaining to the investigation.

## **PROBABLE CAUSE**

6. I reviewed a Computerized Criminal History ("CCH") for COOK that showed the following felony conviction: August 5, 2022, 3rd Circuit Court- Wayne County: Felony Weapons - Carrying Concealed – Pled Guilty.

7. COOK was sentenced to eighteen months' probation. COOK's Order of Probation prohibited COOK from "own[ing], us[ing], or hav[ing] under [his] control or area of control a weapon of any type or any imitation of a weapon." It also stated that COOK "must submit to a search of [his] person and property, including but not limited to [his] vehicle, residence, and computer, without need of a warrant if the field agent has reasonable cause to believe [he] ha[d] items which violate[d] the conditions of [his] probation."

8. As a result of COOK's felony conviction, whose sentencing occurred just five months ago, I know that COOK is prohibited under federal law from possessing firearms.

9. On January 3, 2023, at approximately 5:35 pm, Detroit Police Department (DPD) Officers Scott, Churches, Rutledge, Nelson, Eaton made the location of XXXXX Ferguson (the Ferguson address) to assist MDOC agent Krzyzak with a Probation Compliance check. The MDOC complaint check was the result of a Shot Spotter alert that indicated that shots were fired near the backyard of the Ferguson address on the early morning hours of January 1, 2023. Upon arriving at the Ferguson address (COOK's parole address provided to the MDOC), units made contact with a Black Yukon, bearing a Michigan plate EHR2083, that appeared to be running.

10. Officers made their presence known and asked the driver—COOK—to exit the vehicle. After a brief moment, COOK opened the driver side door and exited the car. COOK was brought to the side of the residence.

11. COOK was the sole occupant of the vehicle, which was registered to COOK. COOK also acknowledged that the vehicle was his. Officer Rutledge searched the vehicle. When Officer Rutledge opened the vehicle's moon roof sun shade, a pistol fell onto the drivers' seat and then bounced to the ground. The

firearm was a Glock 30S .45 caliber pistol with nine live rounds and one chambered round.

12.     The Ferguson residence was also searched for more firearms and ammunition. A clear bucket containing loose .45 caliber rounds was located on a living room shelf. A rifle bag was also located in the living room.  Inside were loose rifle rounds and various pieces of paper, including two pawn slips with the COOK's name on them.

13.     On January 4, 2023, Interstate Nexus Expert S/A Kevin Rambus advised, based on a verbal description of the firearm and physically examining the firearm, the aforementioned Glock 30S pistol is a firearm as defined under 18 U.S.C. § 921, and that it was manufactured outside the state of Michigan and therefore had traveled through interstate and/or foreign commerce.

## CONCLUSION

14. Based upon the above information, probable cause exists to believe that on or about January 3, 2023, COOK knowingly and intentionally possessed a firearm while being a prohibited person in violation of 18 U.S.C. § 922(g).

Joshua Scott, Task Force Officer
Bureau of Alcohol, Tobacco,
  Firearms and Explosives

Sworn to before me and signed in
my presence and/or by reliable electronic means.

HON. ELIZABETH A STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: January 5, 2023